# THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# ASHEVILLE DIVISION
# CRIMINAL CASE NO. 1:16-cr-00017-MR-DLH

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | **O R D E R** |
| ) | |
| ) | |
| JOSE JIMENEZ GARCIA, ) | |
| ) | |
| Defendant. ) | |
| _____ ) | |

**THIS MATTER** is before the Court on remand from the Fourth Circuit Court of Appeals for resentencing. United States v. Garcia, No. 16-4448 (4th Cir. March 31, 2017).

**IT IS, THEREFORE, ORDERED** as follows:

(1) The United States Marshal shall have the Defendant present in Asheville, North Carolina, for the June 2017 sentencing term;

(2) The Clerk of Court shall calendar this matter for that term;

(3) The Federal Defender shall provide counsel to the Defendant for resentencing; and

(4) The United States Probation Office shall provide a supplemental presentence report.

The Clerk is directed to provide notification and/or copies of this Order to the United States Attorney, the Federal Defenders, the United States Marshals Service, and the United States Probation Office.

**IT IS SO ORDERED.**

Signed: May 1, 2017

Martin Reidinger
United States District Judge